**Kenneth Brian JOYNER,
Plaintiff–Appellant,**

v.

**J.C. COMBS, Major; Major Fleming; A. David Robinson, Warden; Adam Harvey, Assistant Warden; M. Hensley, ICA–TPS; W.R. Hensley, IHO; Larry**

**Huffman, Regional Director; C. Stanley, Sergeant; Captain Janeway; Sergeant Greer; Sergeant Peters, Defendants–Appellees.**

**No. 07–7481.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 17, 2008.
Decided: Jan. 28, 2008.

Kenneth Brian Joyner, Appellant Pro Se. Mark Ralph Davis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Brian Joyner appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Joyner v. Combs,* No. 7:06–cv–00377–jct, 2007 WL 2693194 (W.D.Va. Sept. 13, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*